1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                       CENTRAL DISTRICT OF CALIFORNIA
10
11  WANDA CZAJKA,                      )    NO. SACV 09-00194-MAN
                                       )
12               Plaintiff,            )
                                       )    JUDGMENT
13          v.                         )
                                       )
14  MICHAEL J. ASTRUE,                 )
    Commissioner of Social Security,   )
15                                     )
                 Defendant.            )
16  _____)
17
18       Pursuant to the Court's Memorandum Opinion and Order,
19
20       IT IS ADJUDGED that the decision of the Commissioner of the Social
21  Security Administration is affirmed and the above-captioned action is
22  dismissed with prejudice.
23
24  DATED: August 18, 2010
                                              _Margaret A. Nagle_
25                                    _____
                                              MARGARET A. NAGLE
26                                    UNITED STATES MAGISTRATE JUDGE
27
28